ELISE H. ETTLINGER et al., by MORTON STEIN, Their Guardian ad Litem, Appellants, *v.* ALBERT J. KRAMER et al., Respondents, Impleaded with Others.

*Ettlinger* v. *Kramer*, 168 App. Div. 948, affirmed.
(Submitted May 9, 1916; decided May 23, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department,

entered May 28, 1915, affirming a judgment in favor of the defendants, entered upon a dismissal of the complaint by the court on trial at Special Term in an action in equity to require executors to sell real estate under the terms of a will, and to turn the proceeds over to a trustee to be named by the court, or to remove the executors on account of their neglect for thirteen (now fifteen) years to carry out the terms of the will. Plaintiffs are minors, residuary legatees or remaindermen, under the will, which "orders" the executors to divide the estate into six equal parts (and they are granted power of sale for that purpose); to turn the same over to the executors as trustees, and pay the income from four of these parts to the life tenants, remainder over to their heirs.

*Alexander S. Bacon* for appellants.

*Henry W. Unger*, *Newman Levy* and *Abraham Levy* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK, HOGAN, SEABURY and POUND, JJ.